NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
Tel: 212-220-3830
Fax: 212-220-3780
Attorneys for Petitioner
OUR FILE:   10000475 DRH/GSR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN THE MATTER OF THE PETITION OF
HUDSON RIVER SLOOP CLEARWATER, INC.,
AS OWNER OF THE SLOOP CLEARWATER,
FOR EXONERATION FROM AND
LIMITATION OF LIABILITY

STATEMENT PURSUANT
TO RULE 7.1

------------------------------------------------------------X



Pursuant To Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Petitioner HUDSON RIVER SLOOP CLEARWATER, INC. certifies that the following are corporate parents, affiliates and/or subsidiaries of HUDSON RIVER SLOOP CLEARWATER which are publicly held:

NONE

Dated:      New York, New York
            April 30, 2008

                    NICOLETTI HORNIG & SWEENEY
                    Attorneys for Petitioner Hudson River Sloop Clearwater, Inc.

                    By: _____
                        David R. Hornig
                        Wall Street Plaza
                        88 Pine Street, 7th Floor
                        New York, New York 10005
                        Tel: 212-220-3830
                        Fax: 212-220-3780
                        E-mail: dhornig@nicolettihornig.com
                        (FILE No.: 10000475 DRH/GSR)